MILTON McCONNELL, appellant,

v.

THE AMERICAN BRONZE POWDER MANUFACTURING COMPANY, respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *McConnell v. American Bronze Powder Manufacturing Co., 14 Stew. Eq. 447.*

*Messrs. Coult & Howell,* for appellant.

*Mr. Louis Hood* and *Mr. F. W. Stevens,* for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the Vice-Chancellor.

ASA SMITH'S ADMINISTRATOR, appellant,

v.

ABRAHAM T. WOOD et al., respondents.

An appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *Smith v. Wood, 15 Stew. Eq. 563.*

*Mr. Clarence Linn,* for appellant.

*Mr. Lewis Van Blarcom,* for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the Vice-Chancellor.